1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL A. SAAVEDRA,                    No.  2:13-cv-01499-KJN P

12              Plaintiff,

13        v.

14   SCOTT KERNAN, et al.,                   ORDER

15              Defendants.

16

17        For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion for leave to

18   provisionally exclude pertinent exhibits from his complaint, due to their length (nearly 400 pages)

19   (ECF No. 2), is GRANTED.  As plaintiff correctly notes, "[i]f the court, after reviewing the

20   complaint, should require said exhibits for further clarification or plausibility or for fair notice of

21   his claims, plaintiff does possess such exhibits and can/will make them available to the court

22   upon request."  (ECF No. 2 at 1.)  The court will consider this option upon reviewing, in due

23   course, the merits of plaintiff's 67-page complaint.  28 U.S.C. § 1915A.

24        SO ORDERED.

25   Dated:  December 10, 2013

26

27   _____
     KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

28   /saav1499.ord.exh.

                              1