UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SAAVEDRA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY CHAUS, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00870-LJO-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NOS. 50 & 52) |

On June 9, 2017, the parties filed joint stipulations dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF Nos. 50 & 52). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 12, 2017**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1